

COM.

v.

NELSON, J.

**1450 WDA 2016**

Superior Court of Pennsylvania.

08/31/2017

CP–63–CR–0000280–2015
(Washington)

Vacated

**IN RE: ADOPTION OF A.D.C.,**

**Appeal of: W.C.C.B.**

**323 WDA 2017**

Superior Court of Pennsylvania.

08/31/2017

31 of 2016
(Westmoreland)

Vacated/Remanded

**IN RE: ADOPTION OF A.D.C.,**

**Appeal of: W.C.C.B.**

**324 WDA 2017**

Superior Court of Pennsylvania.

8/31/2017

No. 31 of 2016
(Westmoreland)
Vacated/Remanded

**IN RE: A.M.G., a minor,**

**Appeal of: L.S.**
**372 WDA 2017**

Superior Court of Pennsylvania.

08/31/2017

No. CP–02–AP–198–2016 (Allegheny)
Affirmed

**IN RE: J.K.S.,**

**Appeal of: A.S., natural mother**
**442 WDA 2017**

Superior Court of Pennsylvania.

08/31/2017

No. 57A-2016 O.C.
(Jefferson)
Affirmed

